**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 112056
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Anthony V. Guiffreda, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>Genpact Services LLC,<br><br>Defendant. | Docket No: 2:17-cv-04848-LDW-AKT |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: October 25, 2017

**BARSHAY SANDERS, PLLC**

By: */s Craig B. Sanders*
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: ConsumerRights@BarshaySanders.com
Our File No: 112056
*Attorneys for Plaintiff*

So Ordered. Case closed.

/s/ Leonard D. Wexler
U.S.D.J.

LEONARD D. WEXLER, 11/17/17
U.S.D.J.